IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERZON SANCHEZ,

    Plaintiff,

v.

D/A BRENDA YASKAL, JUDGE TROY CROSS, ATTORNEY BRIAN WILLIAM SEVERSON, CLERK OF COURTS AND AMANDA REIK,

    Defendants.

ORDER

Case No. 23-cv-290-wmc

---

Plaintiff Gerzon Sanchez has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than May 26, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Gerzon Sanchez may have until May 26, 2023 to submit a trust fund account statement for the period beginning approximately November 4, 2022 and ending approximately May 4, 2023. If, by May 26, 2023, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 4th day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge